Case 1:25-cr-00225-DLH *SEALED*  Document 3  Filed 10/09/25  Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JANELLE JOQUA-DANYELLE CLARK, a/k/a BOO | ) Case No. 1:25-cr-00225-1 | |
| | ) | |
| | ) | |
| | ) | REC'D USMS-D/ND |
| | ) | 2025 OCT 9 10:56 |
| Defendant | | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Janelle Joqua-Danyelle CLARK, a/k/a Boo,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
Possession with Intent to Distribute Methamphetamine (500 grams or more - mixture)
Possession with Intent to Distribute MDMA
Aiding and Abetting

Date: 10/09/2025

/s/ Janelle Brunner
*Issuing officer's signature*

City and state:  Bismarck, ND

Janelle Brunner, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/09/25, and the person was arrested on *(date)* 10/15/25
at *(city and state)* Fargo, ND.

Date: 10-15-25

Dan Walker on behalf of FBI
*Arresting officer's signature*

Dan Walkewicz, DUSM
*Printed name and title*